UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------
                                          )
MAXWELL SHOE COMPANY INC.,                )
101 Sprague Street, Readville, Massachusetts 02137 )
                                          )
              Plaintiff,                  )    Civil Action No.
                                          )
        v.                                )    04 10635 RGS
                                          )
JONES APPAREL GROUP, INC.,                )
250 Rittenhouse Circle, Keystone Park, Bristol, )
Pennsylvania 19007; and MSC ACQUISITION   )
CORP., 250 Rittenhouse Circle, Keystone Park, )
Bristol, Pennsylvania 19007,              )
                                          )
              Defendants.                 )
                                          )
------------------------------------
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, the undersigned counsel for Maxwell Shoe Company Inc. ("Maxwell Shoe") states that Maxwell Shoe does not have any parent corporations and further states that there are no publicly held corporations that own 10% or more of Maxwell Shoe's stock.

Dated:   April 1, 2004                                       Respectfully submitted,

                                                     Maxwell Shoe Company Inc.,
                                                    By Its Attorneys

                                                    _____
                                                    Jordan D. Hershman (BBO # 553709)
                                                    TESTA, HURWITZ & THIBEAULT, LLP
                                                    125 High Street
                                                    Boston, Massachusetts 02110
                                                    Telephone (617) 248-7000
                                                    Facsimile (617) 248-7100

Of counsel:
Adam H. Offenhartz
Jennifer H. Rearden
Robert E. Malchman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, N.Y.  10166-0193
Tel.:   (212) 351-4000
Fax.:   (212) 351-4035


80289663_1.DOC