UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 04-CV-10635-RGS<br>JONES APPAREL GROUP, INC., and )<br>MSC ACQUSITION CORP., )<br>)<br>Defendants. )<br>) | FILING FEE PAID: 55089<br>RECEIPT #<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 4/9/04 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## ROBERT E. MALCHMAN, ADAM H. OFFENHARTZ AND JENNIFER H. REARDEN

Roger A. Lane, a partner of the law firm of Testa, Hurwitz & Thibeault, LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Robert E. Malchman, Adam H. Offenhartz and Jennifer H. Rearden to appear *pro hac vice* in the above-captioned case on behalf of plaintiff Maxwell Shoe Company Inc. for the following reasons:

(1)   Maxwell Shoe Company Inc. is the plaintiff in the above-captioned matter;

(2)   Maxwell Shoe Company Inc. has retained Robert E. Malchman, Adam H. Offenhartz and Jennifer H. Rearden of Gibson, Dunn & Crutcher, LLP to represent its interests in this proceeding; and

(3)   Robert E. Malchman, Adam H. Offenhartz and Jennifer H. Rearden have prepared certificates in accordance with Local Rule 83.5.3, which are attached hereto.

-2-

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Robert E. Malchman, Adam H. Offenhartz and Jennifer H. Rearden.

Dated: April 8, 2004

Respectfully submitted,

*Roger Lane/pat*
Roger A. Lane (BBO #551368)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
Tel: (617) 248-7000
Fax: (671) 248-7100

### CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)(2)

I hereby certify that on April 8, 2004, a true copy of the above document was served upon the attorney of record for each party by overnight mail.

*Roger A. Lane*
Roger A. Lane