AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

Maxwell Shoe Company, Inc.

**V.**

Jones Apparel Group, Inc.;
MSC Acquisition Corp.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04 CV 1 06 35 RGS

**TO:** (Name and address of defendant)

Jones Apparel Group, Inc.
250 Rittenhouse Circle
Keystone Park
Bristol, Pennsylvania 19007

MSC Acquisition Corp.
250 Rittenhouse Circle
Keystone Park
Bristol, Pennsylvania 19007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam H. Offenhartz, Esq.
Jennifer H. Reardon, Esq.
Robert E. Machman, Esq.
Gibson, Dunn & Crutcher, LLP
New York, NY 10166-0193

Jordan D. Hershman, Esq.
Roger A. Lane, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110-2704

an answer to the complaint which is herewith served upon you, within ____Thirty (30)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

*Gina Edge*

_____
(BY) DEPUTY CLERK

*April 1, 2004*

_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-2-04  3:45 Pm |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Tom Fredericks | TITLE Process Server- |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Cathy Teta (Person Authorized To Accept service) for: Jones Apparel Group, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  N/A | SERVICES $ 25.00 | TOTAL $ 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-5-04
_____
Date

_____
Signature of Server

1880 JFK Blvd, Phila PA 19103
Address of Server

ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1880 J. F. KENNEDY BLVD.
15TH FLOOR
PHILA., PA 19103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.