UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXWELL SHOE COMPANY INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONES APPAREL GROUP, INC.; and ) <br> MSC ACQUISITION CORP., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04 CV 10635 RGS |

**PLAINTIFF'S MOTION FOR
EXPEDITED SCHEDULING AND DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(d), 26(d), 30(a)(2)(c), 34(b) and 36(a), plaintiff Maxwell Shoe Company Inc. ("Maxwell Shoe"), hereby respectfully requests that the Court enter an order (i) expediting the scheduling of the accompanying Plaintiff's Motion for a Preliminary Injunction, including briefing; and (ii) expediting discovery in advance of the hearing on Plaintiff's Motion for a Preliminary Injunction.

As set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Expedited Scheduling and Discovery ("Plaintiff's Memorandum"); Declaration of Roger A. Lane in Support of Plaintiff's Motions for Preliminary Injunction and for Expedited Discovery, executed April 6, 2004 ("Lane Declaration"); and Declaration of James J. Tinagero in Support of Plaintiff's Motions for Preliminary Injunction and for Expedited Discovery, executed April 6, 2004; the expedited discovery is intended to allow Maxwell Shoe to supplement matters of record with additional facts that would provide further support for a preliminary injunction against Defendants, Jones Apparel Group, Inc., and MSC Acquisition Corp. Absent such an

injunction, Maxwell Shoe and its shareholders will be irreparably harmed by Defendants' material misstatements and omissions, including the misstatements and omissions in Defendants' Tender Offer Statement (filed on Schedule TO with the SEC on March 23, 2004) and proposed Consent Statement (filed on Schedule 14A with the SEC on March 23, 2004).

A copy of Plaintiff's First Combined Discovery Requests is attached as Exhibit 30 to the Lane Declaration. Maxwell Shoe also requests permission to conduct a limited number of depositions immediately following Defendants' response to Plaintiff's First Discovery Requests, as described in Plaintiff's Memorandum. Maxwell Shoe respectfully requests the Court order the following expedited schedule (all times for specified dates shall be 5:00 p.m., Eastern Daylight Time):

- Defendants shall respond to Plaintiff's First Combined Discovery Requests no later than four (4) days after this Court decides this motion.

- Plaintiffs shall be entitled to take the depositions of Peter Boneparth, Wesley Card, Allan Corn, Michael Koeneke, Harold Leppo, and Peter Martin. Plaintiffs also may seek additional depositions from the Court or by agreement of the parties after Defendants respond to Plaintiff's First Combined Discovery Requests.

- Discovery shall be completed by April 23, 2004.

- Defendants' opposition to Plaintiff's Motion for Preliminary Injunction shall be due on April 28, 2004.

- Plaintiff's reply shall be due on May 3, 2004.

Maxwell Shoe further requests that the Court schedule a hearing on Maxwell Shoe's motion for a preliminary injunction for May 6, 2004, or as close thereto as the Court's calendar permits.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Plaintiff respectfully requests a hearing on its Motion for Expedited Scheduling and Discovery because this matter involves an attempted corporate

takeover and proxy contest and thus presents issues of a complex and urgent nature. Plaintiff therefore believes that oral argument would be of assistance to the Court in the disposition of this motion.

Dated: Boston, Massachusetts
April 7, 2004

Respectfully submitted,

Maxwell Shoe Company Inc.,
By Its Attorneys

_/s/ Roger A. Lane_

Jordan D. Hershman, Esq. (BBO # 553709)
Roger A. Lane, Esq. (BBO #551368)
Kenneth I. Weissman, Esq. (BBO #653834)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
Telephone (617) 248-7000
Facsimile (617) 248-7100

Of counsel:
Adam H. Offenhartz, Esq.
Jennifer H. Rearden, Esq.
Robert E. Malchman, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, N.Y. 10166-0193
Tel.: (212) 351-4000
Fax.: (212) 351-4035

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants in a good faith effort to resolve the issues set forth herein, and Defendants do not consent to the relief requested herein.

_/s/ Roger A. Lane_
Roger A. Lane

## CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)(2)

I hereby certify that on April 7, 2004, a true copy of the above document was served by hand upon Defendants, Jones Apparel Group, Inc., 250 Rittenhouse Circle, Keystone Park, Bristol, PA 19007 and MSC Acquisition Corp., 250 Rittenhouse Circle, Keystone Park, Bristol, PA 19007.

                                                      Roger A. Lane

3049509v1