UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONES APPAREL GROUP, INC.; and ) <br> MSC ACQUISITION CORP., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04 CV 10635 RGS |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff, Maxwell Shoe Company Inc. ("Maxwell Shoe"), hereby respectfully moves this Court, in order to preserve the status quo pending a trial on the merits, to issue a preliminary injunction enjoining Defendants, Jones Apparel Group, Inc. and MSC Acquisition Corp., from (i) conducting a tender offer for the stock of Maxwell Shoe, and (ii) soliciting written consents from Maxwell Shoe's stockholders to replace Maxwell Shoe's Board of Directors with nominees put forth by Defendants.

As grounds for this motion, Maxwell Shoe states that, as set forth more fully in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction; Declaration of Roger A. Lane in Support of Plaintiff's Motions for Preliminary Injunction and for Expedited Discovery, executed April 6, 2004; and Declaration of James J. Tinagero in Support of Plaintiff's Motions for Preliminary Injunction and for Expedited Discovery, executed April 6, 2004; Maxwell Shoe has a reasonable likelihood of prevailing on the merits of its claims that Maxwell Shoe and its stockholders are exposed to irreparable harm

through Defendants' material misstatements and omissions, including the misstatements and omissions in Defendants' Tender Offer Statement (filed with the SEC on Schedule TO on March 23, 2004) and Consent Statement (filed with the SEC on Schedule 14A on March 23, 2004), which violate Sections 14(a) and (e) of the Securities and Exchange Act of 1934 and SEC Rule 14a-9. The immediate and irreparable harm that Maxwell Shoe and its shareholders will suffer if a preliminary injunction is not issued (the loss of control of their company and their investments through these materially false and misleading statements and omissions) outweighs any harm that a preliminary injunction might cause Defendants (a slight delay in pursuing their acquisition of Maxwell Shoe). The public interest can only be served by granting the requested injunction.

Maxwell Shoe is simultaneously filing Plaintiff's Motion for Expedited Scheduling and Discovery to allow it to supplement matters already of record with additional facts that would provide further support for a preliminary injunction against Defendants, and to set a briefing and hearing schedule.

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Plaintiff respectfully requests a hearing on its Motion for Preliminary Injunction because this matter involves an attempted corporate takeover and proxy contest and thus presents issues of a complex and urgent nature. Plaintiff therefore believes that oral argument would be of assistance to the Court in the disposition of this motion.

Dated:  Boston, Massachusetts
        April 7, 2004

Respectfully submitted,

Maxwell Shoe Company Inc.,
By Its Attorneys

*/s/ Roger A. Lane*

Jordan D. Hershman, Esq. (BBO # 553709)
Roger A. Lane, Esq. (BBO #551368)
Kenneth I. Weissman, Esq. (BBO #653834)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
Telephone (617) 248-7000
Facsimile (617) 248-7100

Of counsel:
Adam H. Offenhartz, Esq.
Jennifer H. Rearden, Esq.
Robert E. Malchman, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, N.Y. 10166-0193
Tel.:   (212) 351-4000
Fax.:   (212) 351-4035

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants in a good faith effort to resolve the issues set forth herein, and Defendants do not consent to the relief requested herein.

*/s/ Roger A. Lane*

Roger A. Lane

## CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)(2)

I hereby certify that on April 7, 2004, a true copy of the above document was served by hand upon Defendants, Jones Apparel Group, Inc., 250 Rittenhouse Circle, Keystone Park, Bristol, PA 19007 and MSC Acquisition Corp., 250 Rittenhouse Circle, Keystone Park, Bristol, PA 19007.

*/s/ Roger A. Lane*

Roger A. Lane

3049491v1