UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JONES APPAREL GROUP, INC., and )<br>MSC ACQUISITION CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 04 CV 10635 RGS |

## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING AND DISCOVERY

Plaintiff, Maxwell Shoe Company Inc. ("Maxwell Shoe"), hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a reply brief in support of its Motion for Expedited Scheduling and Discovery ("Motion for Expedited Discovery"), which was filed with this Court on April 7, 2004. As grounds in support of this motion, Maxwell Shoe states that Defendants' 18-page Memorandum in Opposition to the Motion for Expedited Discovery ("Opposition Brief") raises various new arguments concerning, among other issues, the applicability of the automatic stay of discovery under the Private Securities Litigation Reform Act (the "PSLRA"). The accompanying reply brief is necessary to address and respond to these new issues, raised for the first time in the Opposition Brief, and will materially aid the Court in deciding the pending Motion for Expedited Discovery. The Court's consideration of this reply brief will neither delay these proceedings nor unfairly prejudice the Defendants.

WHEREFORE, Maxwell Shoe respectfully requests that this Court allow its Motion for Leave to File a Reply Memorandum in Support of its Motion for Expedited Discovery, and grant such other and further relief that the Court deems just and proper.

Dated: Boston, Massachusetts
       April 12, 2004

                                    Respectfully submitted,

                                    Maxwell Shoe Company Inc.
                                    By Its Attorneys

                                    /s/ Roger A. Lane
                                    Jordan D. Hershman (BBO # 553709)
                                    Roger A. Lane (BBO #551368)
                                    Kenneth I. Weissman (BBO #653834)
                                    TESTA, HURWITZ & THIBEAULT, LLP
                                    125 High Street
                                    Boston, Massachusetts 02110
                                    Telephone (617) 248-7000
                                    Facsimile (617) 248-7100

Of counsel:

Adam H. Offenhartz
Jennifer H. Rearden
Robert E. Malchman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, N.Y. 10166-0193
Telephone (212) 351-4000
Facsimile (212) 351-4035

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Plaintiff sought to confer with counsel for Defendants in a good faith effort to resolve the issues set forth herein, and that counsel for Defendants did not return my telephone calls or email messages seeking to confer.

                                    /s/ Roger A. Lane
                                    Roger A. Lane

## CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)(2)

I hereby certify that on April 12, 2004, a true copy of the above document was served by hand upon the attorney of record for each party.

*/s/ Roger A. Lane*
Roger A. Lane

10275\1.3052884v11