UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXWELL SHOE COMPANY, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JONES APPAREL GROUP, INC., AND )<br>MSC ACQUISITION CORP., )<br>)<br>Defendants. ) | Case No. 04 CV 10635 - RGS |

**MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES**

Defendants Jones Apparel Group, Inc., and MSC Acquisition Corp. ("Jones Apparel") respectfully request leave to submit a brief, *Memorandum In Opposition To Plaintiff's Amended Motion For A Preliminary Injunction*, which exceeds twenty pages in length. In support of this motion, the defendants state that the brief addresses the plaintiff's attempt to stop in its tracks a $300 million, nationwide tender offer. The additional pages in this Memorandum, prepared on an accelerated basis pursuant to the Court's order, is essential to address the legal deficiencies of the complaint as well as the factual and legal issues necessary to be resolved on an application for preliminary injunctive relief. The defendants believe that the Court will benefit from the additional briefing provided herein. The plaintiff does not assent to this motion.

WHEREFORE, the defendants respectfully request that this Court grant them leave to file its Memorandum of Law in excess of twenty pages.

Respectfully submitted,

_____
John D. Donovan, Jr. (130950)
Christopher Dillon (640896)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
617-951-7000

*Counsel for Jones Apparel Group, Inc., and MSC Acquisition Corp.*

Paul C. Saunders
Timothy G. Cameron
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019
212-474-1000

April 20, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2004, I caused a true copy of the above document to be served by hand upon counsel of record for the plaintiff.

_____
Christopher Dillon

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for defendants sought counsel for plaintiff's assent to defendants' motion for leave to file a brief in excess of twenty pages, and counsel for plaintiff did not return my telephone message seeking assent.

_____
Christopher Dillon