IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>Plaintiff<br><br>v.<br><br>JONES APPAREL GROUP, INC., AND<br>MSC ACQUISITION CORP.,<br><br>Defendants. | Case No. 04 CV 10635 - RGS |

## DECLARATION OF IRA DANSKY

I, Ira Dansky, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. My name is Ira Dansky. I am an Executive Vice President, and the Secretary and General Counsel, of Jones Apparel Group, Inc. ("Jones Apparel").

2. I understand that plaintiff's Amended Complaint alleges, on information and belief, that Jones Apparel is a client of a company for whom Mr. Harold Leppo does consulting work. I further understand that plaintiffs' allegation is based on (1) a January 13, 2003, press release from Berns Communications Group, LLC, on behalf of Financo, Inc. ("Financo"), which purportedly identifies Mr. Leppo as one of several consultants hired to form a newly created global consulting division, and (2) a July 8, 2003, article in *Investor's Business Daily* purportedly identifying Jones Apparel as a client of Financo.

3. The July 8, 2003, *Investor's Business Daily* article is incorrect. Jones does not have, and for at least the past three years has not had, any relationship with Financo, and therefore for such period has not made, and does not currently expect to make, any payments to Financo.

4. The only amount paid by Jones Apparel to Mr. Leppo is the $25,000 fee for his agreeing to serve as a nominee. This payment to Mr. Leppo is disclosed on page eight of the Revised Preliminary Consent Solicitation Statement.

5. Jones Apparel is not aware of the source of the incorrect statement in the *Investor's Business Daily* article. I note that, in a transaction that closed just over two years ago, Financo acted as a financial advisor to the sellers in connection with the acquisition by Jones Apparel of Gloria Vanderbilt Apparel Corp. from G.V. Trademark Investments, Ltd. and related trademarks and licenses from Gloria Vanderbilt Trademark B.V. Financo did not represent Jones Apparel and was not paid by Jones Apparel.

I declare under penalty of perjury that the foregoing is true.

Executed this 19th day of April, 2004
in New York, New York.

_____
Ira Dansky