UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>Plaintiff<br><br>v.<br><br>JONES APPAREL GROUP, INC., AND<br>MSC ACQUISITION CORP.,<br><br>Defendants. | Case No. 04 CV 10635 - RGS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Christopher Dillon, a member of the Bar of the United States District Court for the District of Massachusetts who has entered an appearance in this matter, hereby moves this Court, pursuant to Local Rule 83.5.3, for an order authorizing Messrs. Paul C. Saunders and Timothy G. Cameron to appear *pro hac vice* as counsel for the defendants, Jones Apparel Group, Inc. and MSC Acquisition Corp.

Attached hereto in support of this motion are the certificates of Messrs. Saunders and Cameron attesting that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against

9416120_1

them as a member of the bar in any jurisdiction; and that they are familiar with the local rules of this Court.

John D. Donovan, Jr. (130950)
Christopher Dillon (640896)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
617-951-7000

April 14, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4/14/04

9416120_1

-2-