```
                    DISTRICT COURT
                    CT OF MASS.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 APR 30  P 5: 41

|  |  |  |
|---|---|---|
| MAXWELL SHOE COMPANY, INC., | ) ) ) FILED ) CLERK'S OFFICE ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| JONES APPAREL GROUP, INC., AND MSC ACQUISITION CORP., | ) ) ) ) | Case No. 04 CV 10635 |
| Defendants. | ) ) ) ) ) | |

**DEFENDANTS' MOTION TO DISMISS AND
FOR PARTIAL SUMMARY JUDGMENT**

Jones Apparel Group, Inc. and MSC Acquisition Corp. (collectively "Jones Apparel") move to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, except as to plaintiff's claims regarding Mr. Harold Leppo's alleged consulting arrangement with Financo and/or Jones Apparel (described, in part, at paragraphs 75 through 80 and 81 through 91 of plaintiff's Amended Complaint) for which Jones Apparel moves for partial summary judgment pursuant to Rule 56.

9413798_1

The basis for Jones Apparel's Motion is set forth in the accompanying memorandum and declarations.

Respectfully submitted,

John D. Donovan, Jr. (130950)
Christopher Dillon (640896)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
617-951-7000

*Counsel for Jones Apparel Group, Inc., and MSC Acquisition Corp.*

Paul C. Saunders
Timothy G. Cameron
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019
212-474-1000

April 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2004, I caused a true copy of the above document to be served by hand upon counsel of record for the plaintiff.

Christopher Dillon