UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 APR 30 P 5:42

FILED
IN CLERK'S OFFICE

|  |  |
|---|---|
| MAXWELL SHOE COMPANY, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JONES APPAREL GROUP, INC., AND ) <br> MSC ACQUISITION CORP., ) <br> ) <br> Defendants. ) | Case No. 04 CV 10635 - RGS |

## MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

Defendants Jones Apparel Group, Inc., and MSC Acquisition Corp. ("Jones Apparel") respectfully request leave to submit a brief, *Memorandum In Support Of Defendants' Motion To Dismiss And For Partial Summary Judgment*, which exceeds twenty pages in length. In support of this motion, the defendants state that the brief addresses the plaintiff's attempt to stop in its tracks a $300 million, nationwide tender offer. The additional pages in this Memorandum, prepared on an accelerated basis pursuant to the Court's order, is essential to address the legal deficiencies of the 26-page Amended Complaint, which contains 159 paragraphs and advances causes of action under both Sections 14(a) and 14(e) of the Securities Exchange Act of 1934, and the factual errors regarding Mr. Leppo's alleged consulting arrangement with Financo and/or Jones Apparel.

The defendants believe that the Court will benefit from the additional briefing provided herein. The plaintiff does not assent to this motion.

WHEREFORE, the defendants respectfully request that this Court grant them leave to file its Memorandum of Law in excess of twenty pages.

Respectfully submitted,

John D. Donovan, Jr. (130950)
Christopher Dillon (640896)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
617-951-7000

*Counsel for Jones Apparel Group, Inc., and MSC Acquisition Corp.*

Paul C. Saunders
Timothy G. Cameron
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019
212-474-1000

April 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2004, I caused a true copy of the above document to be served by hand upon counsel of record for the plaintiff.

Christopher Dillon

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on the afternoon of April 29, 2004, I spoke with Jordan Hershman, counsel for plaintiff, regarding whether the plaintiff would assent to this motion. Mr. Hershman informed me that he wanted to consult with his co-counsel. As of the filing of this motion, have not heard back from Mr. Hershman.

_____
Christopher Dillon