UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXWELL SHOE COMPANY INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JONES APPAREL GROUP, INC.; and )<br>MSC ACQUISITION CORP., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>04 CV 10635 RGS |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION
FOR EXPEDITIED DISCOVERY REGARDING LEPPO AND FINANCO**

Pursuant to Local Rule 7.1, Plaintiff Maxwell Shoe Company, Inc., respectfully requests leave to submit a brief reply memorandum of law in support of Plaintiff's previously filed Motion For Expedited Discovery Regarding Leppo and Financo. Defendants, with Plaintiff's assent, submitted on May 17, 2004, a reply brief in connection with Defendants' pending motion to dismiss and for partial summary judgment. Plaintiff believes that the Court will benefit from the additional briefing provided in Plaintiff's reply brief. Defendants do not oppose the allowance of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant it leave to file the reply memorandum of law referred to above.

Dated:  Boston, Massachusetts
        May 18, 2004

                                        Respectfully submitted,

                                        Maxwell Shoe Company Inc.,
                                        By Its Attorneys

                                        /s/ Roger A. Lane
                                        Jordan D. Hershman (BBO # 553709)
                                        Roger A. Lane (BBO #551368)
                                        Kenneth I. Weissman (BBO #653834)
                                        TESTA, HURWITZ & THIBEAULT, LLP
                                        125 High Street
                                        Boston, Massachusetts 02110
                                        Telephone (617) 248-7000
                                        Facsimile (617) 248-7100

Of counsel:
Adam H. Offenhartz
Jennifer H. Rearden
Robert E. Malchman (BBO# 555071)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, N.Y.  10166-0193
Tel.:   (212) 351-4000
Fax.:   (212) 351-4035

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Plaintiff has conferred with counsel for the Defendants, and that the Defendants do not oppose this motion.

_____
Roger A. Lane

## CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)(2)

I hereby certify that on May 18, 2004 a true copy of the above document was served by hand upon counsel of record for all Defendants.

_____
Roger A. Lane

3068391