UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10635-RGS

MAXWELL SHOE COMPANY, INC.

v.

JONES APPAREL GROUP, INC., AND
MSC ACQUISITION CORP.

ORDER ON
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

June 18, 2004

STEARNS, D.J.

The motion for expedited discovery is ALLOWED in part. Maxwell Shoe Company may depose the Executive Vice President of Jones Appeal Groups, Inc., Ira Dansky, for no more than two hours limited to the relationship, if any, between Jones, or its affiliates, and Financo. The parties shall schedule the deposition within twenty (20) days of this Order.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE