UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MAXWELL SHOE CO.**

    **V.**                      **CIVIL ACTION NO. 04-10635-RGS**

**JONES APPAREL GROUP**

# NOTICE OF HEARING

**STEARNS, DJ.**                      **JUNE 23, 2004**

    **A HEARING\* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

## WEDNESDAY, SEPTEMBER 1, 2004 AT 2:30 P.M.

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                        **RICHARD G. STEARNS**
                                        **UNITED STATES DISTRICT JUDGE**

    **BY:**

                                    **/s/ Mary H. Johnson**
                                    **Deputy Clerk**

**\*To Be Heard:**    Deft's Motion to Dismiss and for Partial SJ (#28).