UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXWELL SHOE COMPANY, INC.,<br><br>Plaintiff<br><br>v.<br><br>JONES APPAREL GROUP, INC., AND<br>MSC ACQUISITION CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04 CV 10635 - RGS |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties stipulate and agree that the above-captioned action be, and hereby is, dismissed with prejudice and without costs or attorneys' fees.

By their attorneys,

s/ Jordan D. Hershman
Jordan D. Hershman (553709)
Roger A. Lane (551368)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA  02110
617-248-7000

*Counsel for Maxwell Shoe Company, Inc.*

s/ John D. Donovan, Jr.
John D. Donovan, Jr. (130950)
Christopher R. Dillon (640896)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
617-951-7000

*Counsel for Jones Apparel Group,
Inc., and MSC Acquisition Corp.*

-2-

Of counsel:

| | |
|---|---|
| Adam H. Offenhartz | Paul C. Saunders |
| Jennifer H. Rearden | Timothy G. Cameron |
| GIBSON, DUNN & CRUTCHER LLP | CRAVATH, SWAINE & MOORE LLP |
| 200 Park Avenue | Worldwide Plaza |
| New York, N.Y. 10166-0193 | 825 Eighth Avenue |
| 212-351-4000 | New York, N.Y. 10019 |
| | 212-474-1000 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2004, I caused a true copy of the above document to be served electronically or by first class mail upon counsel of record for all parties

s/ John D. Donovan, Jr.<br>
John D. Donovan, Jr.

July 8, 2004